804

No. 554. MARYLAND COMMITTEE FOR FAIR REPRESENTATION ET AL. *v.* TAWES, GOVERNOR OF MARYLAND, ET AL. Appeal from the Court of Appeals of Maryland. Probable jurisdiction noted. *Alfred L. Scanlan, John B. Wright* and *Johnson Bowie* for appellants. *Thomas B. Finan,* Attorney General of Maryland, and *Joseph S. Kaufman,* Deputy Attorney General, for appellees. *Alfred H. Carter, Douglas H. Moore, Jr.* and *Richard J. Sincoff* for Montgomery County, Maryland, as *amicus curiae,* in support of appellants.

No. 90. BARR ET AL. *v.* CITY OF COLUMBIA. Supreme Court of South Carolina. Certiorari granted. *Jack Greenberg, James M. Nabrit III, Matthew J. Perry* and *Lincoln C. Jenkins, Jr.* for petitioners. *Daniel R. McLeod,* Attorney General of South Carolina, for respondent.

No. 921. NATIONAL LABOR RELATIONS BOARD *v.* FRUIT & VEGETABLE PACKERS & WAREHOUSEMEN, LOCAL 760, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *David Previant, Hugh Hafer* and *Richard P. Donaldson* for respondents. *Alfred J. Schweppe* and *Mary Ellen Krug* for charging party in support of the petition.